**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| George Crable, et al., | Case No. 2:10-cv-01114-AJS |
| Plaintiffs, | |
| v. | **NOTICE OF CASE RESOLUTION** |
| National Asset Recovery Services, Inc., | |
| Defendant. | |

Now come Plaintiffs, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a resolution. Plaintiffs anticipate filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:/s/ Richard J. Meier
Richard J. Meier, Esq.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Michael A. Klutho
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402-3707
*Attorney for Defendant*

*/s/ Richard J. Meier*